KOPPERS UNITED COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8542.

Circuit Court of Appeals, Third Circuit.

Argued April 3, 1944.

Decided April 10, 1944.

John E. McClure, of Washington, D. C. (O. H. Chmillon, Edward L. Updike, Maude Ellen White, and Miller & Chevalier, all of Washington, D. C., on the brief), for petitioner.

Joseph M. Jones, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the Tax Court of the United States is affirmed.

■

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. AMERICAN ROLBAL CORPORATION, Respondent.

No. 320.

Circuit Court of Appeals, Second Circuit.

April 13, 1944.

David Findling, of Washington, D. C., for petitioner.

Gustave B. Garfield, of New York City, for respondent.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Petition for enforcement of the order granted in open court.

■

UNITED STATES of America, Plaintiff-Appellee, v. Benjamin AMICI, Defendant-Appellant.

No. 345.

Circuit Court of Appeals, Second Circuit.

April 11, 1944.

Irving Sweedler, of New Haven, Conn. (Israel J. Jacobs, of New Haven, Conn., of counsel), for defendant-appellant.

Thomas J. Dodd, Sp. Asst. to Atty. Gen. (Robert P. Butler, U. S. Atty., of Hartford, Conn., of counsel), for plaintiff-appellee.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.